No. 84–119.  MOORE v. TEXAS.  Ct. App. Tex., 7th Sup. Jud. Dist.  Certiorari denied.

No. 84–121.  IN RE SEKEREZ.  Sup. Ct. Ind.  Certiorari denied.

No. 84–122.  OHIO v. CHATTON.  Sup. Ct. Ohio.  Certiorari denied.

No. 84–123.  MARQUER ET AL. v. LOUISIANA.  Ct. App. La., 4th Cir.  Certiorari denied.

No. 84–124.  WASHINGTON v. UNITED STATES.  C. A. 5th Cir. Certiorari denied.

No. 84–125.  RHOADES ET AL. v. ACLI GOVERNMENT SECURITIES, INC.  C. A. 2d Cir.  Certiorari denied.

No. 84–128.  BERGLUND v. SECRETARY OF HEALTH AND HUMAN SERVICES.  C. A. 2d Cir.  Certiorari denied.

No. 84–130.  BOLAR PHARMACEUTICAL CO., INC. v. ROCHE PRODUCTS, INC.  C. A. Fed. Cir.  Certiorari denied.

No. 84–132.  FRANTA v. FLORIDA.  Dist. Ct. App. Fla., 2d Dist.  Certiorari denied.

No. 84–135.  TWENTIETH CENTURY TRAVEL ADVISORS, INC., DBA TENDER LOVING CARE, ET AL. v. PITCHESS, SHERIFF OF LOS ANGELES COUNTY.  C. A. 9th Cir.  Certiorari denied.

No. 84–136.  P. E. P., INC., ET AL. v. MORAN MARITIME ASSOCIATES ET AL.  C. A. 11th Cir.  Certiorari denied.

No. 84–144.  COASTAL GEORGIA AUDUBON SOCIETY v. STURDIVANT ET AL.  Super. Ct. Ga., Glynn County.  Certiorari denied.

No. 84–146.  HUBBY v. HISTORIC SAVANNAH FOUNDATION, INC., ET AL.  C. A. 11th Cir.  Certiorari denied.